Date signed April 09, 2007



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Corneal Benjamin | * | Case No.   06-14199-TJC |
| | * | Chapter    7 |
| | * | |
| | * | Creditor   - Nuvell Credit Company, LLC |
| | * | |
| Debtor(s). | * | Reaffirmation  - 45 |

**STATEMENT OF REVIEW**

The above identified Reaffirmation Agreement has been reviewed.  It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m).  No hearing, determination, or order is required.

cc:    Debtor(s)
       Debtor(s) Counsel  - Richard Gilman
       Creditor - Nuvell Credit Company, LLC
           P.O. Box 7100
           Little Rock, AR 72223-7100
       Trustee - Scott D. Field

**End Of Order**

Reaff-34.4  -   2/9/07 (S.M. 4/6/07)